**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.     1:13 CR 189 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TRACIE LIPTROT, | ) | MEMORANDUM OPINION |
|  | ) | AND ORDER |
| Defendant. | ) |  |

This matter comes before the Court upon Defendant, Tracie Liptrot's motion for

Reduction of Sentence Pursuant to Amendment 782 of the Sentencing Guidelines. (ECF #388).

She also requests appointment of counsel in connection with this request.  The Defendant's

Motion is hereby, DENIED in part and GRANTED in part.

Ms. Liptrot seeks a reduction to her sentence based on the proposed Amendment 782 to

the Sentencing Guidelines.  This amendment, if not modified or disapproved by Congress prior

to November 1, 2014, will revise the Drug Quantity Table in U.S.S.G. § 2D1.1 and reduce the

offense level of may drug trafficking offenses by two levels.  The Sentencing Commission has

also voted, pursuant to 28 U.S.C. § 994(u), to make this amendment retroactive.  However, no

reductions may be granted under this amendment prior to its proposed effective date of

November 1, 2014.

Ms. Liptrot has also requested, through his motion, that the Court appoint an attorney to

help her pursue her request for a sentence reduction under the proposed amendment.  Ms.

Liptrot's request for a sentence reduction is DENIED at this time as premature.   Her request for

appointment of counsel, however, has been GRANTED.  Pursuant to General Order No. 2014-07, signed by Chief Judge Solomon Oliver, Jr. On August 29, 2014, the United States District Court for the Northern District of Ohio has appointed the Office of the Federal Public Defender for the Northern District of Ohio to represent those inmates who have are identified as being potentially eligible for sentence reductions under U.S.S.G. § 2D1.1, as amended and codified by U.S.S.G. Amendment 782, once it becomes effective (assuming Congress allows it to become effective) on November 1, 2014.   IT IS SO ORDERED.


/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge


DATED:  September 23, 2014